# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

enXco Development Corporation,

        Plaintiff,

v.

Northern States Power Company,

        Defendant.

Case No. 11-cv-1171 (MJD/JSM)

**NSP'S MOTION FOR SUMMARY JUDGMENT**

To:    Plaintiff and its attorneys Joel A. Mullin and Margaret E. Dalton, Stoel Rives LLP, 33 South Sixth Street, Suite 4200, Minneapolis, MN 55406.

Northern States Power Company ("NSP"), hereby moves the Court under Federal Rule of Civil Procedure 56 for summary judgment on Counts I, III, and IV of the Amended Complaint. (Plaintiff enXco Development Corporation has withdrawn Count II of the Amended Complaint.) A more particular statement of the grounds for this motion will be set forth in NSP's Memorandum of Law in Support of Its Motion for Summary Judgment, the accompanying exhibits 1-51, and Proposed Order, all of which shall be served and filed in accordance with the requirements of Local Rule 7.1.

-2-

| | |
|---|---|
| Dated: October 22, 2012 | **FAEGRE BAKER DANIELS LLP** |
| | |
| | s/ Charles F. Webber |
| | Charles F. Webber (#215247) |
| | David J.F. Gross (#208772) |
| | Deborah A. Ellingboe (#26216X) |
| | Jana M. Gaffaney (#34588X) |
| | Blake J. Lindevig (#392324) |
| | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, Minnesota 55402-3901 |
| | (612) 766-7000 |
| | |
| | Attorneys for Defendant |
| | Northern States Power Company |